IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH KRUTCHEN, ANGEL D. MURATALLA, and WILLIAM BEGANI, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION<br><br>No. 22-678 |
| v. | : : | |
| RICOH USA, INC., THE BOARD OF DIRECTORS OF RICOH USA, INC., THE RICOH RETIREMENT PLANS COMMITTEE and JOHN DOES 1-30. | : : : : | |

**<u>ORDER</u>**

AND NOW, this 15th day of November, 2022, upon consideration of Defendants' Motion to Dismiss [Document No. 18] and Plaintiffs' opposition thereto, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

BY THE COURT:


 Juan R. Sánchez
Juan R. Sánchez, C.J.