IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH K. KRUCHTEN, ANGEL D. MURATALLA and WILLIAM BEGANI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RICOH USA, INC., THE BOARD OF DIRECTORS OF RICOH USA, INC., THE RICOH RETIREMENT PLANS COMMITTEE and JOHN DOES 1-30,<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-00678-JS |

## **ORDER**

BEFORE the Court is the Parties' Joint Motion to Set Schedule For Filing a Second Amended Complaint and Briefing Related Thereto. After due consideration and good cause appearing, it is HEREBY ORDERED that the following schedule shall govern the filing of Plaintiffs' Second Amended Complaint and briefing related thereto:

- Plaintiffs must file and serve their Second Amended Complaint on or before December 27, 2022.

- Defendants must file and serve their responsive pleading to the Second Amended Complaint, including a motion to dismiss, on or before January 26, 2023.

- If Defendants file a motion to dismiss, Plaintiffs must file and serve their opposition to such motion on or before February 25, 2023.

- If applicable, Defendants must file and serve their reply in support of their motion to dismiss, on or before March 28, 2023.

**IT IS SO ORDERED.**  Dated this the 2nd day of December, 2022.

BY THE COURT:

/s/ Juan R. Sánchez
Honorable Juan R. Sánchez
Chief Judge