# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH K. KRUCHTEN, ANGEL D. MURATALLA and WILLIAM BEGANI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>RICOH USA, INC., THE BOARD OF DIRECTORS OF RICOH USA, INC., THE RICOH RETIREMENT PLANS COMMITTEEE and JOHN DOES 1-30.<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 2:22-cv-00678-JS<br><br>NOTICE OF APPEAL<br><br>IN A CIVIL CASE |

　　　Notice is hereby given that Plaintiffs, Keith K. Kruchten, Angel D. Muratalla, and William Begani, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order (attached hereto as Exhibit A) dated and entered on April 20, 2023, and the Memorandum (attached hereto as Exhibit B) dated and entered on April 20, 2023, granting Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint

Dated:　May 19, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**CAPOZZI ADLER, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Mark K. Gyandoh*
　　　　　　　　　　　　　　　　　　　　Mark K. Gyandoh, Esquire
　　　　　　　　　　　　　　　　　　　　312 Old Lancaster Road
　　　　　　　　　　　　　　　　　　　　Merion Station, PA 19066
　　　　　　　　　　　　　　　　　　　　Tel: (610) 890-0200
　　　　　　　　　　　　　　　　　　　　Fax (717) 233-4103
　　　　　　　　　　　　　　　　　　　　Email: markg@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Fax (717) 233-4103
Email:  donr@capozziadler.com

*Counsel for Plaintiffs and the Putative Class*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                                          By:  /s/ *Mark K. Gyandoh*
                                                                Mark K. Gyandoh, Esq.