# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH KRUTCHEN, ANGEL D. MURATALLA, and WILLIAM BEGANI, individually and on behalf of all others similarly situated, | : : : : : | CIVIL ACTION<br><br>No. 22-678 |
| v. | : : | |
| RICOH USA, INC., THE BOARD OF DIRECTORS OF RICOH USA, INC., THE RICOH RETIREMENT PLANS COMMITTEE and JOHN DOES 1-30. | : : : : | |

**ORDER**

AND NOW, this 20th day of April, 2023, upon consideration of Defendants' Motion to Dismiss (ECF No. 34) and Plaintiffs' opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED. Plaintiffs' Second Amended Complaint (ECF No. 33) is DISMISSED WITH PREJUDICE.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 Juan R. Sánchez
 Juan R. Sánchez, C.J.